# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**A 2005 Mazda Miata Convertible, black in color, bearing VIN JM1NB354550413407**

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I, _____Deborah L. Epps_____ being duly sworn depose and say:

I am a(n)__Postal Inspector with the United States Postal Inspection Service__ and have reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

a 2005 Mazda Miata Convertible, black in color, bearing VIN JM1NB354550413407

which (state one or more bases for seizure under the United States Code) constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1341 (mail fraud) and 1344 (bank fraud), and are therefore subject to forfeiture concerning a violation of Title _18_ United States Code, Section(s) 981(a)(1)(C). The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

William Cowden, Chief
Asset Forfeiture Unit, Criminal Division
(202) 307-0258

Signature of Affiant
Deborah L. Epps, Postal Inspector
United States Postal Inspection Service

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF A SEIZURE WARRANT

I, Deborah L. Epps, having been duly sworn, hereby depose and say:

1.      I am a Postal Inspector in the United States Postal Inspection Service and have been so employed since 2003. I am currently assigned to the United States Postal Inspection Service's Washington Division Office in Columbia, Maryland. As a Postal Inspector, my responsibilities involve investigating criminal matters related to the Postal Service and the mails, including the enforcement of laws regarding property in the custody of the Postal Service, property of the Postal Service, the use of the mails, and other postal offenses. I have participated in numerous investigations of violations of federal law related to the Postal Service. In addition, I have four years of other experience as a Delaware State Probation and Parole Officer.

2.      The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation; on information conveyed to me by other law enforcement officials and witnesses; and on my review of records, documents, and other physical evidence obtained during the investigation.

3.      This affidavit is not intended to include every relevant fact observed by me or known to the Government, but contains information necessary to support seizure of a vehicle identified as a 2005 Mazda Miata convertible, black in color, bearing Vehicle Identification Number JM1NB354550413407. This vehicle is subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because it constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1341 (mail fraud), and 1344 (bank fraud), offenses that were committed by Jeffrey Rothschild (aka Jeffrey Zahler), and charges to which he pled guilty in this Court on August 2006. I am advised that Section 981(b)(3) of the Federal forfeiture statutes provides that "a seizure warrant may be issued . . . by a judicial officer in any district in which a forfeiture action against the property may be filed under Section 1355(b) of Title 28, and may be executed in any district in which the property is found . . . ." Accordingly, this District Court may issue and cause to be served in any other district the requested seizure warrant.

DETAILS OF THE OFFENSES

4.      In April 2006, I received a complaint from an E*Trade investigator regarding an identity theft investigation he was conducting into an account opened on November 11, 2005, in the name Whitaker Kleinberg Gelles Thornton Thompson Weltman Gaynor and Davis, Inc., with a mailing address on Tazewell Pike, Knoxville, Tennessee. The primary signer on the account was listed as Ridley M. Whitaker, with a mailing address on M Street, NW, Washington, D.C.

5.      This account listed an additional twenty individuals as members of the investment club. E*Trade's investigation began because a number of U.S. Treasury/FEMA checks in various names had been deposited into the account. The E*Trade investigator conducted on-line research of Mr. Whitaker and then contacted Mr. Whitaker via telephone. Mr. Whitaker stated that he did not open the E*Trade account, nor did he authorize anyone to open the account on his behalf, using his Social Security Number and date of birth.

6. I contacted U.S. Secret Service (USSS) Special Agent Kevin Aurand, as well as representatives of the Department of Homeland Security (DHS) and Federal Emergency Management Agency (FEMA) to begin a joint Federal investigation into the activities of the individual purporting to be Ridley M. Whitaker.

7. From September 2005 through November 2005, the Federal Emergency Management Agency (FEMA) sent out approximately fifty-five emergency housing allowance checks in the amount of $2,000.00 each to the following three addresses: the Tazewell Pike, Knoxville, Tennessee address; a Church Street, Nashville, Tennessee address; and an 8th Avenue, New York, New York address. The addresses listed above, as well as the M Street, NW, Washington, D.C. address, are known by your affiant to be UPS or Mailboxes, Etc. rental mailbox locations.

8. I conducted telephonic interviews with management employees at each of the UPS or Mailboxes, Etc. mailbox locations. Each of the management employees verified that he or she had received voluminous amounts of mail at each of the mailbox locations in multiple names, and that most of the mail received was sent from FEMA. I also obtained from the management employees the original box applications, including copies of identification cards depicting a photo of the individual who applied for and opened the mailboxes at each of the locations in Tennessee, New York, and Washington, D.C.

9. The mailbox at the Church Street, Nashville, Tennessee address was opened on September 24, 2005, in the name of Don Spence. The individual purporting to be Don Spence provided a Washington, D.C. driver's license in the name of Donald D. Spence, as well as a New School University identification card in the name of Donald D. Spence.

10. The mailbox at the Tazewell Pike, Knoxville, Tennessee address was opened on October 1, 2005, in the name of Jeffrey Manheimer. The individual purporting to be Jeffrey Manheimer provided a Washington, D.C. driver's license in the name of Jeffrey A. Manheimer, as well as a Commerce Bank debit card in the name of Jeffrey A. Manheimer.

11. The mailbox at the 8th Avenue, New York, New York address was opened on October 17, 2005, in the name of Ridley Whitaker. The individual purporting to be Ridley Whitaker provided a Washington, D.C. driver's license in the name of Ridley M. Whitaker, as well as a New York University identification card in the name of Ridley Whitaker.

12. The mailbox at the M Street, NW, Washington, D.C. address was opened on October 18, 2005, in the name of Ridley Whitaker. The individual purporting to be Ridley Whitaker provided a Washington, D.C. driver's license in the name of Ridley M. Whitaker.

13. The driver's license photographs from all four driver's licenses noted above, as well as the photographs on the two school identification cards all depict the same individual, herein described as a white male, approximately fifty (50) to sixty (60) years of age, with

mid-length white or gray hair, and deep creases in the skin around his mouth and nose.

      14.      On April 18, 2006, I met with a security specialist employed by FEMA, who verified that five emergency housing allowance checks in the amount of $2,000.00 each had been forwarded to the mailbox at the 8th Avenue, New York, New York address. These checks were made out to Justin Patterson, Sheila Harding, Ralph Bohle, Mike Scott, and Damon Kirtland. It was confirmed that those checks were deposited into the above-mentioned E*Trade account on November 10, 2005.

      15.      The E*Trade investigator confirmed that the above five checks were personally deposited into the E*Trade account by an individual who walked into the E*Trade Center at 1850 K Street, NW, Suites A & B, Washington, D.C. 20006. Bank surveillance cameras captured photographs of the individual who deposited the checks. The surveillance tapes were reviewed by your affiant, as well as by USSS SA Kevin Aurand, and they depict the same individual who appears in the driver's license photographs provided to the mailbox locations in Tennessee, New York and Washington, D.C.

      16.      In addition, I provided the FEMA security specialist with the known addresses used by the individual purporting to be Ridley Whitaker, Donald Spence and Jeffrey Manheimer. FEMA compared the addresses with their database and discovered that fifty-five (55) emergency housing allowance checks had been mailed to the mailbox locations in New York and Tennessee, in the names of fifty-five different individuals, including Justin Patterson, Sheila Harding, Ralph Bohle, Mike Scott, Damon Kirtland, and Jeffrey Rothschild. In addition, the list included twenty-two New York City attorneys, as well as two attorneys located in Las Vegas, Nevada, along with numerous other U.S. citizens living in multiple States.

      17.      I ran the names of all the purported check recipients through a law enforcement database. On May 11, 2006, SA Aurand and I contacted several of the New York and Las Vegas attorneys via telephone. All of the contacted attorneys stated that they had not received U.S. Treasury/FEMA checks, that they did not own any property that had been damaged in the wake of Hurricanes Katrina or Rita, and that they did not request or authorize requisition of emergency housing allowance checks using their names, Social Security numbers, or dates of birth. Several of them did state, however, that their American Express credit cards had been unlawfully accessed and utilized to purchase expensive merchandise across the United States.

      18.      On May 17, 2006, I provided the list of purported check recipients to a fraud investigator with American Express. On May 18, 2006, the American Express investigator contacted me and stated that he recognized the name Jeffrey Rothschild, aka Jeffrey Zahler, as a convicted felon who had been defrauding American Express for approximately sixteen (16) years. The investigator forwarded to me a photograph of the individual known to him as Jeffrey Rothschild. The photograph provided by American Express, identified as Jeffrey Rothschild, matched the individual in all of the photographs on the driver's licenses used to open the mailboxes at the locations in Tennessee, New York, and Washington, D.C., described above, as

well as the individual who was depicted on E*Trade's surveillance videotape depositing checks into the account in the name of Whitaker Kleinberg Gelles Thornton Thompson Weltman Gaynor and Davis, Inc.

19. In addition, the American Express investigator related to me that a number of the check recipients on the list provided to him had been victimized in an earlier fraud/identity theft scheme by Rothschild, for which he was arrested in 1999. In or around 1998 and 1999, Rothschild unlawfully accessed American Express accounts by contacting American Express telephonically and claiming to be the account holder. He then stated that he had lost his American Express credit card and would request that a new credit card be mailed to him at a separate location from the individual's known address. He would explain the change of location by stating that he was traveling and that he needed the credit card right away. Once the new credit card was received by Rothschild, he utilized the credit card to make purchases all over the United States.

20. Based on the evidence obtained during the investigation, Jeffrey Rothschild was arrested on June 27, 2006. A search of a storage locker under Mr. Rothschild's control was searched and found to contain a voluminous number of documents and other evidence pertaining to the alleged crimes. Included in the documents seized during the search was a folder labeled "New Car Folder." Inside the folder were fourteen (14) money order receipts in the amount of $500.00 each, six (6) Travelers Express Company traveler's checks receipts in the amount of $500.00 each, on travelers check in the amount of $450.00 and one traveler check in the amount of $1,000.00. Also included in the folder were two FedEx airbills addressed to Phillips Mazda, Attn: Vic or Larry, on Alicia Parkway in Laguna Hills, California. There was also one piece of lined notebook paper with handwritten notes, including a note to "put new car on GEICO with Rebecca, take Rothschild off", and included other notes regarding insurance with GEICO. In August 2006, Mr. Rothschild pled guilty to the charges pending against him. Sentencing is scheduled for December 1, 2006.

21. Mr. Rothschild was interviewed immediately following his arrest on June 27, 2006, and admitted to investigators that the vehicle identified above was purchased solely with funds illegally obtained through the crimes he committed. Mr. Rothschild admitted that he purchased this vehicle for his wife in an attempt to help her become less of a "shut-in." In addition, during a proffer session just prior to his plea agreement, Mr. Rothschild again admitted that the car was purchased for his wife, and was purchased solely with funds illegally gained by him solely through his participation in the previously described crimes.

22. Registration information contained in a national law enforcement database for the above described vehicle lists the owner as Rebecca M. Tercero, in Dana Point, California. (Louisiana driver permit number XXXXX2431). The vehicle is listed as having a total price of $22,842 and was paid for with $8,421.00 in U.S. Currency and $14,450 in money orders, with total funds received of $22,871, of which $8,400 was in large bills. The seller of the vehicle is listed as Phillips Buick Mazda, on Alicia Parkway, in Laguna Hills, California. Rebecca M.

Tercero has been previously identified as Jeffrey Rothschild's spouse.

_____
Deborah L. Epps
U.S. Postal Inspector

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF OCTOBER 2006

_____
United States Magistrate Judge